# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 07-15511 | Trustee Name: | Richard D. Nelson |
| Case Name: | AFM 805, INC. | Date Filed (f) or Converted (c): | 12/28/2012 (c) |
| For the Period Ending: | 09/30/2020 | §341(a) Meeting Date: | 02/15/2013 |
| | | Claims Bar Date: | 05/16/2013 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | | |
| 1 | Funds from Converted Chapter 11     (u) | $13,994.19 | $13,994.19 | | $13,994.19 | FA |

| | | | | | | Gross Value of Remaining Asset |
|---|---|---|---|---|---|---|
| **TOTALS (Excluding unknown value)** | | $13,994.19 | $13,994.19 | | $13,994.19 | $0.00 |

## Major Activities affecting case closing:

| 08/11/2020 | Court entered Order Granting Omnibus Objection to Claims: |
| | POC #22 The ICEE Company - no liability (Doc. 558; Doc. 581) |
| 08/06/2020 | Court entered Order Granting Omnibus Objection to Claims: |
| | POC #10 Coca Cola Enterprises - duplicative claims (Doc. 562; Doc. 579) |
| 07/29/2020 | Orders Granting Objection to Claims: |
| | POC #2 RGIS, LLC - no liability (Doc. 559; Doc. 573) |
| | POC #4 Krispy Kreme Doughnut Corp. - no liability (Doc. 560; Doc. 574); and |
| | POC #6 W.W. Grainger, Inc. - no liability (Doc. 561; Doc. 575) |
| 07/22/2020 | Court entered Order Granting Omnibus Objection to Claims: |
| | POC #27 Cox Auto Trader - no liability (Doc. 555; Doc. 571) |
| 07/09/2020 | Court entered Orders Granting Objections to Claims: |
| | POC #13 Cincinnati Bell Wireless - no liability (Doc. 551; Doc. 563); and |
| | POC #14 Interstate Brands Corporation - no liability (Doc. 552; Doc. 564) |
| 07/09/2020 | Court entered Orders Granting Objections to Claims: |
| | POC #24 Tri-State Juice Company- no liability (Doc. 553; Doc. 565); and |
| | POCs #30,57 Ross County Treasurer - no liability (Doc. 554; Doc. 566) |
| 06/30/2020 | attorney for trustee filed Omnibus Objection to Claims: |
| | POC #10 Coca Cola Enterprises - duplicative claims (Doc. 562); pending Order (est. 7/30/20) |
| 06/29/2020 | attorney for trustee filed Objection to Claims: |
| | POC #2 RGIS, LLC - no liability (Doc. 559) |
| | POC #4 Krispy Kreme Doughnut Corp. - no liability (Doc. 560); and |
| | POC #6 W.W. Grainger, Inc. - no liability (Doc. 561); pending Orders (est. 7/27/20) |
| 06/24/2020 | attorney for trustee filed Omnibus Objection to Claims: |
| | POC #22 The ICEE Company - no liability (Doc. 558); pending Orders (est. 7/20/20) |
| 06/12/2020 | Court entered Agreed Order Resolving Claims of Office of Kenton County Sheriff [POC #5 - disallowed and expunged] (Doc. 556) |
| 06/09/2020 | attorney for trustee filed Omnibus Objection to Claims: |
| | POC #27 Cox Auto Trader - no liability (Doc. 555); pending Orders (est. 7/9/20) |

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 07-15511 | Trustee Name: | Richard D. Nelson |
| Case Name: | AFM 805, INC. | Date Filed (f) or Converted (c): | 12/28/2012 (c) |
| For the Period Ending: | 09/30/2020 | §341(a) Meeting Date: | 02/15/2013 |
| | | Claims Bar Date: | 05/16/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

06/04/2020    attorney for trustee filed Objections to Claims:
              POC #24 Tri-State Juice Company- no liability (Doc. 553); and
              POCs #30,57 Ross County Treasurer - no liability (Doc. 554); pending Orders (est. 7/6/20)

06/01/2020    attorney for trustee filed Objections to Claims:
              POC #13 Cincinnati Bell Wireless - no liability (Doc. 551); and
              POC #14 Interstate Brands Corporation - no liability (Doc. 552); pending Orders (est. 7/1/20)

05/04/2020    Court entered Agreed Order Resolving Claims of Core-Mark Midcontinent, Inc. [POC #39 - allowed as general unsecured non-priority claim at reduced amount $1,011,392.70] (Doc. 549)

04/17/2020    Court entered Agreed Order Resolving Claims of Louis Trauth Dairy, LLC [POC #54 - allowed as general unsecured non-priority claim at reduced amount $26,534.27] (Doc. 547)

03/13/2020    Court entered Orders Granting Objections to Claims:
              POC #11 Anthony International - no liability (Doc. 526; Doc. 533);
              POCs #29,60 McKee Foods Corporation - duplicative (Doc. 527; Doc. 534);
              POCs #40,41 Boone County Water District - duplicative (Doc. 528; Doc. 535);
              POC #49 Loma Linda University - duplicative (Doc. 529; Doc. 536);
              POC #55 Visible Results USA, Inc. - no liability (Doc. 530; Doc. 537);
              POCs #43,50,51,52,53,56,59) City of Carlisle; Bettyann Dickey & Emil K. Dickey Trust; New Horizon Properties, LLC; Chris Peeples, Miami Co. Auditor; and Virginia Lottery - no liability (Doc. 531; Doc. 538); and
              POC #63 Reliable Construction Services - technically deficient (Doc. 532; Doc. 539)

02/12/2020    trustee wrote to various Claimants [Tri-State Juice POC#24; The Icee Co. POC#22; Domestic Linen Supply POC#58; Ross County Treasurer POC#30 & POC#57; Office of Kenton County Sheriff POC#5; Cincinnati Bell Wireless POC#13; Coca Cola Enterprises POC#10; Core-Mark Midcontinent, Inc. POC#39; Louis Trauth Dairy, LLC POC#54; Cox Auto Trader POC#27; Krispy Kreme Doughnut Corp. POC#4; Interstate Brands Corp POC#14; W.W. Grainger, Inc. POC#6; Specialty Roll Products, Inc. POC#61; and RGIS, LLC POC#2] requesting that they amend their POCs to only include valid Stores and/or attach sufficient support documents; trustee will file Objections to POCs if no response (Amended POCs filed) within 14 days (est. 2/27/20)

02/06/2020    attorney for trustee filed Objection to Claim #63 Reliable Construction Services - technically deficient (Doc. 532); pending Order (est. 3/9/20)

01/31/2020    attorney for trustee filed Objections to Claims:
              POC #11 Anthony International - no liability (Doc. 526);
              POCs #29,60 McKee Foods Corporation - duplicative (Doc. 527);
              POCs #40,41 Boone County Water District - duplicative (Doc. 528);
              POC #49 Loma Linda University - duplicative (Doc. 529);
              POC #55 Visible Results USA, Inc. - no liability (Doc. 530); and
              POCs #43,50,51,52,53,56,59) City of Carlisle; Bettyann Dickey & Emil K. Dickey Trust; New Horizon Properties, LLC; Chris Peeples, Miami Co. Auditor; and Virginia Lottery - no liability (Doc. 531); pending Orders (est. 3/2/20)

|  | | | | SUBTOTALS | $0.00 | $0.00 |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| | |
|---|---|
| **Case No.:** | 07-15511 |
| **Case Name:** | AFM 805, INC. |
| **For the Period Ending:** | 09/30/2020 |

| | |
|---|---|
| **Trustee Name:** | Richard D. Nelson |
| **Date Filed (f) or Converted (c):** | 12/28/2012 (c) |
| **§341(a) Meeting Date:** | 02/15/2013 |
| **Claims Bar Date:** | 05/16/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

01/07/2013    associated cases:

       07-15512 AFM 806, Inc.
       07-15513 AFM 807, Inc.
       07-15514 AFM 810, Inc.
       07-15515 AFM 812, Inc.
       07-15516 AFM 814, Inc.
       07-15517 AFM 815, Inc.
       07-15518 AFM 816, Inc.

    -these cases are jointly administered under Petro Acquisitions, Inc., et al., Case #07-15723

**Initial Projected Date Of Final Report (TFR):**   12/31/2013      **Current Projected Date Of Final Report (TFR):**   10/31/2020      /s/ RICHARD D. NELSON

                                                                        RICHARD D. NELSON

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 07-15511 | | Trustee Name: | Richard D. Nelson |
| Case Name: | AFM 805, INC. | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***8719 | | Checking Acct #: | ******5511 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking Account |
| For Period Beginning: | 10/01/2019 | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 09/30/2020 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/14/2013 | (1) | Estate of AFM 805, Inc. 07-15511 | Funds from Converted Chapter 11 Case | 1290-010 | $13,994.19 | | $13,994.19 |
| 03/31/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $12.38 | $13,981.81 |
| 04/30/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $21.82 | $13,959.99 |
| 05/31/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $22.51 | $13,937.48 |
| 06/30/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $21.75 | $13,915.73 |
| 07/31/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $22.44 | $13,893.29 |
| 08/31/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $22.40 | $13,870.89 |
| 09/30/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $21.65 | $13,849.24 |
| 10/31/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $22.33 | $13,826.91 |
| 11/25/2013 | 3001 | Insurance Partners Agency, Inc. | Chapter 7 Bond Premium 11/1/13-11/1/14 | 2300-000 | | $10.77 | $13,816.14 |
| 11/30/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $21.58 | $13,794.56 |
| 12/31/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $22.25 | $13,772.31 |
| 01/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $22.21 | $13,750.10 |
| 02/28/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $20.04 | $13,730.06 |
| 03/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $22.14 | $13,707.92 |
| 04/30/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $21.39 | $13,686.53 |
| 05/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $22.07 | $13,664.46 |
| 06/30/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $21.32 | $13,643.14 |
| 07/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $22.00 | $13,621.14 |
| 08/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $21.97 | $13,599.17 |
| 09/30/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $21.22 | $13,577.95 |
| 10/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $21.89 | $13,556.06 |
| 11/30/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $21.15 | $13,534.91 |
| 12/22/2014 | 3002 | Insurance Partners Agency, Inc. | Chapter 7 Blanket Bond Premium 11/1/14-11/1/15 | 2300-000 | | $11.03 | $13,523.88 |
| 12/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $21.82 | $13,502.06 |
| | | | **SUBTOTALS** | | $13,994.19 | $492.13 | |

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No. | 07-15511 | |
| Case Name: | AFM 805, INC. | |
| Primary Taxpayer ID #: | **-***8719 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 10/01/2019 | |
| For Period Ending: | 09/30/2020 | |

| | | |
|---|---|---|
| Trustee Name: | Richard D. Nelson | |
| Bank Name: | Independent Bank | |
| Checking Acct #: | ******5511 | |
| Account Title: | Checking Account | |
| Blanket bond (per case limit): | $2,000,000.00 | |
| Separate bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/31/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $21.78 | $13,480.28 |
| 02/28/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $19.64 | $13,460.64 |
| 03/31/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $21.71 | $13,438.93 |
| 04/30/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $20.98 | $13,417.95 |
| 05/31/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $21.64 | $13,396.31 |
| 06/30/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $20.91 | $13,375.40 |
| 07/30/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $20.88 | $13,354.52 |
| 08/31/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $22.23 | $13,332.29 |
| 09/30/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $20.81 | $13,311.48 |
| 10/31/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $21.46 | $13,290.02 |
| 11/30/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $20.75 | $13,269.27 |
| 12/18/2015 | 3003 | Insurance Partners Agency, Inc. | Chapter 7 Bond Payment (11/1/15-11/1/16) (Policy #82153881; Invoice #222127) | 2300-000 | | $11.03 | $13,258.24 |
| 12/31/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $21.39 | $13,236.85 |
| 01/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $21.34 | $13,215.51 |
| 02/29/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $19.94 | $13,195.57 |
| 03/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $21.28 | $13,174.29 |
| 04/30/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $20.57 | $13,153.72 |
| 05/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $21.21 | $13,132.51 |
| 06/30/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $20.50 | $13,112.01 |
| 07/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $21.14 | $13,090.87 |
| 08/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $21.11 | $13,069.76 |
| 09/30/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $20.40 | $13,049.36 |
| 10/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $21.05 | $13,028.31 |
| 11/14/2016 | 3004 | Westfield Insurance Company | Chapter 7 Blanket Bond Renewal (11/1/16-11/1/17) (Policy Bond #3517688; Invoice #354182) | 2300-000 | | $3.92 | $13,024.39 |

| | | | | SUBTOTALS | $0.00 | $477.67 | |

**FORM 2**

Page No: 3

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 07-15511 | Trustee Name: | Richard D. Nelson |
|---|---|---|---|
| Case Name: | AFM 805, INC. | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***8719 | Checking Acct #: | ******5511 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking Account |
| For Period Beginning: | 10/01/2019 | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 09/30/2020 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/30/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $20.34 | $13,004.05 |
| 12/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $20.98 | $12,983.07 |
| 01/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $20.95 | $12,962.12 |
| 02/28/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $18.89 | $12,943.23 |
| 03/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $20.88 | $12,922.35 |
| 04/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $20.17 | $12,902.18 |
| 05/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $19.17 | $12,883.01 |
| 06/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $18.53 | $12,864.48 |
| 07/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $19.11 | $12,845.37 |
| 08/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $19.09 | $12,826.28 |
| 09/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $18.44 | $12,807.84 |
| 10/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $19.03 | $12,788.81 |
| 11/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $18.39 | $12,770.42 |
| 12/01/2017 | 3005 | Westfield Insurance Company | Chapter 7 Blanket Bond Renewal 11/1/17-11/1/18 | 2300-000 | | $5.28 | $12,765.14 |
| 12/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $18.97 | $12,746.17 |
| 01/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $18.94 | $12,727.23 |
| 02/28/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $17.08 | $12,710.15 |
| 03/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $18.89 | $12,691.26 |
| 04/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $18.25 | $12,673.01 |
| 05/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $18.83 | $12,654.18 |
| 06/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $18.20 | $12,635.98 |
| 07/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $18.77 | $12,617.21 |
| 08/05/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $3.02 | $12,614.19 |
| 08/06/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | ($3.02) | $12,617.21 |
| 08/31/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $220.80 | $12,396.41 |
| | | | **SUBTOTALS** | | $0.00 | $627.98 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 07-15511 | | Trustee Name: | Richard D. Nelson |
| Case Name: | AFM 805, INC. | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***8719 | | Checking Acct #: | ******5511 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking Account |
| For Period Beginning: | 10/01/2019 | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 09/30/2020 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/05/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | ($220.80) | $12,617.21 |
| 09/06/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $18.75 | $12,598.46 |
| 12/12/2018 | 3006 | Insurance Partners | Chapter 7 Blanket Bond Renewal (11/1/18-11/1/19) (Policy Bond #3517688; Invoice #667034) | 2300-000 | | $5.71 | $12,592.75 |
| 11/11/2019 | 3007 | Insurance Partners | Chapter 7 Blanket Bond Renewal #3517688 (11/1/19-11/1/20) | 2300-000 | | $3.91 | $12,588.84 |
| 08/31/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $18.35 | $12,570.49 |
| 09/30/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $18.33 | $12,552.16 |

| | | | | TOTALS: | $13,994.19 | $1,442.03 | $12,552.16 |
| | | | | Less: Bank transfers/CDs | $0.00 | $0.00 | |
| | | | | Subtotal | $13,994.19 | $1,442.03 | |
| | | | | Less: Payments to debtors | $0.00 | $0.00 | |
| | | | | Net | $13,994.19 | $1,442.03 | |

| For the period of 10/01/2019 to 09/30/2020 | | For the entire history of the account between 03/12/2013 to 9/30/2020 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $13,994.19 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $13,994.19 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $40.59 | Total Compensable Disbursements: | $1,442.03 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $40.59 | Total Comp/Non Comp Disbursements: | $1,442.03 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

Page No: 5

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No. | 07-15511 | |
| Case Name: | AFM 805, INC. | |
| Primary Taxpayer ID #: | **-***8719 | |
| Co-Debtor Taxpayer ID #: | | |
| | | |
| For Period Beginning: | 10/01/2019 | |
| For Period Ending: | 09/30/2020 | |

| | |
|---|---|
| Trustee Name: | Richard D. Nelson |
| Bank Name: | Independent Bank |
| Checking Acct #: | ******5511 |
| Account Title: | Checking Account |
| | |
| Blanket bond (per case limit): | $2,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | $13,994.19 | $1,442.03 | $12,552.16 |

**For the period of 10/01/2019 to 09/30/2020**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $40.59 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $40.59 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 03/12/2013 to 9/30/2020**

| | |
|---|---|
| Total Compensable Receipts: | $13,994.19 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $13,994.19 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,442.03 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,442.03 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ RICHARD D. NELSON

RICHARD D. NELSON